# Morrison Cohen

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2025

February 3, 2025

**VIA ECF**

Hon. Stewart D. Aaron, U.S. Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Initial Pretrial Conference currently scheduled for February 19, 2025 is adjourned until March 11, 2025 at 11:00 a.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. SO ORDERED.

Dated: February 3, 2025

Re: **Paul Chau v. Israel Discount Bank of New York**
**S.D.N.Y. Docket No. 1:24-cv-08533 (VSB)(SDA)**

Dear Judge Aaron:

We represent defendant Israel Discount Bank of New York in the above-referenced matter. We write pursuant to Section I(D) of Your Honor's Individual Practices to respectfully request that the Initial Pre-trial Conference via Telephone, presently scheduled for February 19, 2025 at 11:00 A.M., be adjourned until the week of March 10, 2025 or a date thereafter that is convenient for the Court. The parties are available for a telephonic conference on March 11th at any time and March 12th before noon. We also respectfully request that any deadlines for the submission of a case management plan and all other deadlines related to the initial conference be similarly adjourned.

This request for a brief adjournment is made because the parties are scheduled to participate in mediation with Mediator Robert Kheel on February 27, 2025 pursuant to this District's mediation program for counseled employment cases. The parties will exchange disclosures pursuant to the mediation Discovery Protocols by February 13, 2025, and will also be preparing *ex parte* mediation statements in advance of the mediation. Accordingly, the parties respectfully request a brief adjournment of the initial conference so that they may more fully focus their efforts on the upcoming mediation.

This is the first request for an adjournment or extension in this matter. I have spoken with counsel for Plaintiff, who consents to this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ *Keith A. Markel*

Keith A. Markel

cc:   *All Counsel of Record* (Via ECF)