**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Paul Chau,**

**Plaintiff,**

**-against-**

**Israel Discount Bank of New York,**

**Defendant.**

**1:24-cv-08533 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Plaintiff's Letter Motion (ECF No. 34) is GRANTED. Defendant shall produce Michael Paul for deposition.

**SO ORDERED.**

Dated:    New York, New York
             January 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge