**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Paul Chau,

                        Plaintiff,

        -against-

Israel Discount Bank of New York,

                        Defendant.

1:24-cv-08533 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On February 13, 2026, the Court granted an extension of discovery until March 31, 2026 for certain limited purposes. (2/13/26 Order, ECF No. 40.) Discovery in this action now should be complete. Accordingly, it is hereby Ordered that no later than April 13, 2026, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to participate in a settlement conference before the undersigned and whether either side intends to file a dispositive motion, in which case the parties shall submit a proposed briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
          April 6, 2026

_____
STEWART D. AARON
United States Magistrate Judge